MARJORIE A. LAVIN v. BOARD OF EDUCATION OF THE
BOROUGH OF HACKENSACK.

June 18, 1981.

Petition for certification granted.   (See 178 *N.J.Super.* 221)

P.S.K., INC. v. BELLEFONTE INSURANCE COMPANY.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ARTIS.

June 18, 1981.

Petition for certification denied.

JOHN J. McHALE, JR. v. STATE OF NEW JERSEY,
CIVIL SERVICE COMMISSION.

June 18, 1981.

Petition for certification denied.   (See 178 *N.J.Super.* 371)